**Order entered September 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

**ROCKY V. EMERY, Appellant**

**V.**

**HILLTOP SECURITIES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER

By letter filed September 17, 2018, court reporter Laura Weed has informed the Court the reporter's record filed August 10, 2018 is complete. As the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than October 10, 2018.

/s/     DAVID EVANS
JUSTICE